IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LMI LANDSCAPE, INC. d/b/a<br>LANDSCAPE MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AGCS MARINE INSURANCE COMPANY<br>and ACRISURE, LLC D/B/A MULLIS<br>NEWBY HURST,<br><br>    Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. 4:22-CV-00160<br>Judge Mazzant |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

The Court, having considered the Agreed Motion to Dismiss With Prejudice ("Motion") filed by LMI LANDSCAPE, INC. ("LMI Landscape" or "Plaintiff"), AGCS Marine Insurance Company ("AGCS"), and Acrisure, LLC dba Mullis Newby Hurst ("MNH") (collectively "the Parties"), finds the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims or causes of action asserted by Plaintiff, LMI Landscape, LLC against Defendants AGCS Marine Insurance Company and Mullis Newby Hurst LP, in the above-styled and numbered cause are hereby dismissed with prejudice.

It is FURTHER ORDERED, ADJUDGED, and DECREED that all court costs, attorneys' fees, and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

    IT IS SO ORDERED.
    SIGNED this 26th day of September, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE